# **EXHIBIT A**

| Bankruptcy Case: 23-10318-BLS RAC Dealership, LLC | | | |
|---|---|---|---|
| Transfer Date Range: 12-14-2022 through 03-13-2023 | | | |
| Transfers to: | | | |
| United Recovery and Remarketing LLC and United Nationwide Recovery LLC | | | |
| **Payment #** | **Debtor/Payor** | **Payment Date** | **Payment Amount** |
| A011151 | RAC Dealership, LLC | 12/22/2022 | 348,929.82 |
| A011152 | RAC Dealership, LLC | 12/22/2022 | 104,881.16 |
| A011210 | RAC Dealership, LLC | 01/05/2023 | 37,241.92 |
| A011207 | RAC Dealership, LLC | 01/06/2023 | 169,000.20 |
| A011271 | RAC Dealership, LLC | 01/30/2023 | 251,006.19 |
| A011272 | RAC Dealership, LLC | 01/30/2023 | 114,261.58 |
| A011305 | RAC Dealership, LLC | 02/06/2023 | 300,083.31 |
| A011317 | RAC Dealership, LLC | 02/14/2023 | 250,082.72 |
| A011328 | RAC Dealership, LLC | 02/21/2023 | 250,198.99 |
| **TOTAL** | | | **$ 1,825,685.89** |

231366694.v1